IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:99-CR-41-F-1
No. 7:16-CV-131-F

| | | |
|---|---|---|
| EUGENE JAMES LOGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court *sua sponte*. The Government's response to Petitioner's motion pursuant to 28 U.S.C. § 2255 is due **September 7, 2016** – not August 17, 2016 as erroneously stated in the Court's order entered at docket entry 48.

SO ORDERED.

This the 16th day of August, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge