UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Eugene James Logan, Jr.              Docket No. 7:99-CR-41-1BO

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eugene James Logan, Jr., who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 7, 1999, to the custody of the Bureau of Prisons for a term of 405 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. However, upon review under 28 U.S.C. § 2255, on December 2, 2016, the court resentenced the defendant to a term of 120 months.

Eugene James Logan was released from custody on December 2, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted to a urine test on December 16, 2016, which was confirmed positive for cocaine by Alere Laboratories. When confronted about the positive drug test on January 4, 2016, the defendant confessed to using cocaine and apologized for his actions. Since that time, the defendant has completed a substance abuse assessment and begun treatment. Nonetheless, as a result of his use of cocaine, a 2-day jail term is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                      is true and correct.

/s/ Robert L. Thornton                /s/ David W. Leake
Robert L. Thornton                    David W. Leake
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      2 Princess Street, Suite 308
                                      Wilmington, NC 28401-3958
                                      Phone: 910-679-2045
                                      Executed On: January 30, 2017

Eugene James Logan
Docket No. 7:99-CR-41-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __31__ day of __January__, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge